UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIE PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01392-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 14 |

　　　The parties' stipulated request for an extension, ECF No. 14, is granted.  Defendant shall file his opposition to plaintiff's opening brief on or before August 10, 2020.  Plaintiff's optional reply is due on or before August 25, 2020.

IT IS SO ORDERED.

Dated:　__May 22, 2020__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.