# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIE PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 1:19-cv-01392-HBK (SS)<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REVERSING FINAL DECISION AND REMANDING CASE<br><br>(Doc. No. 21)<br><br>ORDER TO TERMINATE ALL PENDING MOTIONS AND DEADLINES |

Pending before the Court is the parties' "Stipulation and Proposed Order for Voluntary Remand for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment in favor of Plaintiff" filed May 11, 2021. (Doc. No. 21, Joint Stipulation). Plaintiff Angelie Patterson and the Commissioner of Social Security jointly stipulate to remand this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). *Id.*

The United States Supreme Court held that the Social Security Act permits remand in conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision. *See Melkonyan v. Sullian*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under the Equal Access to Justice Act and calculating deadline using date of final judgment). The *Melkonyan* Court recognized 42 U.S.C. § 405(g) contemplates only two types of remands: a sentence four or a

1

sentence six remand.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without resetting the cause for a rehearing."  *Id.* at 98 (other citations omitted).

Here, the parties' stipulation and proposed order seeks remand under sentence four and reversal of the Commissioner's final decision.  Doc. No. 21. at 1.  The parties further stipulate that on remand, the Appeals Council will remand the case to a different administrative law judge ("ALJ") for a new decision, instruct the ALJ to offer the plaintiff the opportunity for a new hearing, and further instruct the ALJ "to take further action, as warranted to complete the administrative record and resolve the above issues."  *Id.* at 2.  Additionally, the stipulation serves as notice that plaintiff withdraws her opening brief.  *Id.* (citing Doc. No. 13).

Accordingly**,** it is now **ORDERED**:

1. The Court APPROVES the parties' Joint Stipulation (Doc. No. 21).
2. The Commissioner of Social Security's decision is REVERSED, and this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the parties' Joint Stipulation and this Order under sentence four, 42 U.S.C. § 405(g).
3. The Clerk is respectfully requested to terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated:   May 12, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE